# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2022 KW 0227

VERSUS

CALVIN ROUSSELL, JR.

**JUNE 21, 2022**

---

In Re:   Calvin Roussell, Jr., applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, Nos. 507012 & 573881.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

   **WRIT DENIED.** If relator is making a complaint with regard to the computation of his sentence, La. R.S. 15:1171(B) grants authority to the Department of Public Safety and Corrections to adopt administrative remedy procedures to receive, hear, and dispose of complaints of time computations of sentences. Any complaint pertaining to the time computations, including alleged parole eligibility and credit for time served issues, must be made under the Corrections Administrative Remedy Procedure (CARP), as provided in La. R.S. 15:1171-79, before seeking a remedy from the district court. See **Briscoe v. Department of Public Safety and Corrections**, 2017-0470 (La. App. 1st Cir. 7/24/17), 2017 WL 3124096.

**VGW**
**JMG**
**EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT